HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JENNIFER MANN, Bar #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   (916) 498-6666
Facsimile:    (916) 498-6656
Email:          jennifer_mann@fd.org

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC ROYCE LEONARD, | No. 2:17-cv-00796 JAM AC |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | [Proposed] Order |
| RON DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

On April 17, 2017, Petitioner Eric Royce Leonard, a state prisoner facing capital punishment, filed a request for appointment of counsel and to proceed *in forma pauperis* in the Eastern District of California pursuant to 28 U.S.C. § 2254.

Rule 3(a) of the Rules Governing § 2254 Cases provides that a petitioner seeking *in forma pauperis* status shall file an affidavit of assets as required by 28 U.S.C. § 1915, as well as a certification from the prison stating the amount on deposit in the petitioner's account. Petitioner has filed a supporting declaration with his request for *in forma pauperis* status, asserting that he is indigent and has only minimal assets. Based on Petitioner's submissions, he has complied with the requirements of 28 U.S.C. § 1915 and Rule 3(a) of the Rules Governing §

2254 Cases in the United States District Courts. Petitioner is entitled to proceed *in forma pauperis.*

Section 3599(a)(2) of Title 18 of the United States Code provides for the appointment of one or more attorneys to represent an indigent person proceeding under 28 U.S.C. § 2254 to vacate a death sentence. Rule 191(c) of the Local Rules of the United States District Court for the Eastern District of California also provides for the appointment of counsel for indigent capital habeas petitioners. Under this rule, selection of counsel is made from a panel of attorneys qualified for appointment in death penalty cases and certified by a selection board appointed by the Chief Judge. Based on petitioner's submissions, he is entitled to appointment of counsel under 18 U.S.C. § 3599(a)(2).

The Court finds good cause to grant Petitioner's application for appointment of counsel and to proceed in forma pauperis.

IT IS HEREBY ORDERED THAT:

1. Mr. Leonard's request to proceed *in forma pauperis* is granted;
2. Mr. Leonard's application for appointment of counsel is granted. The matter is referred to the Selection Board for the Eastern District of California for recommendation of counsel.

IT IS SO ORDERED.

Dated: April 20, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order          2