IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC ROYCE LEONARD,** | Case No. 2:17-cv-00796-JAM-AC DP |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | [PROPOSED] **ORDER** |
| **RON DAVIS, Warden of California State Prison at San Quentin,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 60 days, to and including October 30, 2017, to lodge the record in this matter.

IT IS SO ORDERED.

DATED: August 31, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1