IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ERIC ROYCE LEONARD,**

Petitioner,

v.

**RON DAVIS, Warden,**

Respondent.

Case No. 2:17-cv-00796 JAM AC DP

**[PROPOSED] ORDER**

This Court hereby grants Respondent's request to file under seal the following two items:

| ATTACHMENT # | BATES # | DOCUMENT TITLE |
|---|---|---|
| 149 | AGO35932 (162 pages) | Exhs. in Support of APWHC Exhs. 115-124, and 126 (Exhs. Filed Under Seal in CSC) |
| 161 | AGO36533 (49 pages) | Pen. Code § 987.9 Materials filed 8/12/2002 (sealed by Sacramento County Superior Court) |

November 20, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE