UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROYCE LEONARD, | No. 2:17-cv-0796 JAM AC DP |
| Petitioner, | |
| v. | ORDER |
| RON DAVIS, | |
| Respondent. | |

By order filed May 31, 2017, the undersigned ordered that citations to the state court record in this case, by both parties, were to include cross-references to the electronic record. ECF No. 13 at 1-2. Petitioner has filed an unopposed motion requesting permission to either file his petition without the required citations to the electronic record, or to file an initial petition without the citations and subsequently amend the petition to include them. ECF No. 34. Counsel avers that given the massive size of the state court record, he does not believe that it will be possible to meet the March 29, 2018 filing deadline if petitioner is required to include citations to the electronic record. ECF No. 34-1 at 3, 5, ¶¶ 6, 9. He also states that neither he nor co-counsel have previously encountered this requirement in their practice. Id. at 2-3, ¶ 5. Petitioner has also filed an unopposed request to shorten the time for noticing the hearing on the motion. ECF No. 35.

////

1

This request does not require a hearing, and the February 7, 2018 hearing will therefore be vacated and the request to shorten time denied as moot. Upon consideration of petitioner's motion, the court will permit petitioner to file an initial petition without citations to the electronic record in this case. Within sixty days of the filing of the petition, petitioner shall file an amended petition that includes the required citations.

The court expects that this task is capable of completion by non-attorney staff at the Federal Defender's Office, and will not look favorably on any motions to amend the budget based upon this task.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to permit filing of the petition without citations to the electronic record (ECF No. 34) is granted. Petitioner may file an initial petition without citations to the electronic record in this case. Within sixty days of the filing of the petition, petitioner shall file an amended petition that includes the required citations to the electronic record.

2. The February 7, 2018 hearing on the motion is vacated.

3. Petitioner's request to shorten the time for noticing the motion (ECF No. 35) is denied as moot.

DATED: January 24, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE