IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC ROYCE LEONARD,** | Case No. 2:17-cv-00796-JAM-AC |
| Petitioner, | **[PROPOSED] ORDER VACATING SCHEDULING ORDER** |
| v. | |
| **RON DAVIS, Warden,** | |
| Respondent. | |

Upon consideration of Respondent's request, and good cause appearing, IT IS HEREBY ORDERED that the May 30, 2017, scheduling order (ECF No. 13) is vacated pending resolution of the motion to dismiss and motion for stay and abeyance of federal proceedings.

DATED: March 25, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE