1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERIC ROYCE LEONARD,                      No. 2:17-cv-0796 JAM AC DP

12                   Petitioner,

13        v.                                  ORDER

14   RON DAVIS,

15                   Respondent.

16

17        Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 23, 2019, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  ECF No. 58.  Neither party

23   has filed objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27        1.  The findings and recommendations filed April 23, 2019 (ECF No. 58), are adopted in

28   full;

1

2.  Petitioner's motion for stay and abeyance (ECF No. 49) is granted.

3.  Respondent's motion to dismiss (ECF No. 51) is denied as moot.

4.  Petitioner shall file his state exhaustion petition no later than forty-five days after the filing of this order.

DATED:  May 17, 2019

/s/ John A. Mendez_____ _____

UNITED STATES DISTRICT COURT JUDGE